IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREA EWING                                                                                    PLAINTIFF

v.                                    Case No. 3:12CV00121 JTK

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ORDERED this 31st day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE